**WITHDRAW, VACATE, and DISMISS; Opinion Filed January 16, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01059-CV

**LAKEITH AMIR-SHARIF, Appellant**
**V.**
**QUIK TRIP  STORE NO. #909, ET AL., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03023**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Whitehill
Opinion by Justice Evans

We **WITHDRAW** our opinion dated January 15, 2015 and **VACATE** our judgment of

the same date.  This is now the opinion of the Court.

Before the Court is appellant's January 9, 2015, motion for voluntary dismissal of appeal.

In the motion, appellant states his research provides he does not have standing to pursue the

appeal of the orders in question and that this Court lacks jurisdiction to consider his complaints.

We grant the motion and **DISMISS** this appeal. TEX. R. APP. P. 42.1(a).


/David W. Evans/
DAVID EVANS
JUSTICE

141059F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAKEITH AMIR-SHARIF, Appellant

No. 05-14-01059-CV      V.

QUIK TRIP STORE NO. #909, ET AL.,
Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-03023.
Opinion delivered by Justice Evans. Justices
Francis and Whitehill participating.

We **WITHDRAW** our opinion dated January 15, 2015 and **VACATE** our judgment of the same date. This is now the judgment of the Court. Based on appellant's January 9, 2015 motion and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 16th day of January, 2015.